UNITED STATES DISTRICT COURT
EDWARD A. GARMATZ UNITED STATES DISTRICT COURTHOUSE
-----------------------------------------------------------X

ALI MOORE,
DOCKET NO.: [To be assigned] CJC 25-CV-2237
Plaintiff,
FOURTEENTH AMENDED
-against-
COMPLAINT
HBO (Home Box Office, Inc.),
WARNER BROS, HBO. DISCOVERY, INC.,
THE CREATORS AND PRODUCERS OF THE SERIES "VELMA",
NEW YORK CITY POLICE DEPARTMENT (NYPD),
NEW YORK CITY POLICE OFFICERS DOES 1-10,
CENTRAL INTELLIGENCE AGENCY (CIA),
CIA AGENTS DOES 1-10,
Defendants.
-----------------------------------------------------------X

(LGS)
FIRST AMENDED, FOURTH AMENDED, EIGHTH AMENDED
Bench Trial DEMANDED
FEDERAL QUESTION/DIVERSITY CITIZENSHIP
COMPLAINT
Bench Trial Demanded

## PRELIMINARY STATEMENT

Plaintiff Ali Moore ("Plaintiff") brings this civil rights and federal tort action against Defendants HBO (Home Box Office, Inc.), Warner Bros. Discovery, Inc., the creators and producers of the series "Velma", the New York City Police Department (NYPD), certain unidentified NYPD officers, the Central Intelligence Agency (CIA), and certain unidentified CIA agents for their coordinated and unlawful actions on or about August 26 to August 27, 2024, which violated Plaintiff's constitutional rights and federal civil rights laws.

Defendants conspired and collaborated to harass, intimidate, and unlawfully deprive Plaintiff of rights guaranteed under the First, Fourth, Fifth, Eighth, and Fourteenth Amendments to the United States Constitution, as well as federal statutes including the Civil Rights Act of 1866, the Civil Rights Act of 1871 (Ku Klux Klan Act), the Civil Rights Act of 1964, and the Federal Tort Claims Act.

These violations included unlawful surveillance, public defamation, harassment, and exploitation of Plaintiff across state lines, including through the broadcast and streaming of the series "Velma" by HBO, with the wrongful conduct discovered by Plaintiff in the State of Maryland between August 26, 2024, and August 27, 2024. Plaintiff seeks compensatory and punitive damages, injunctive relief, attorney's fees, and all other relief the Court deems just and proper.

## JURISDICTION AND VENUE

This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343, as this action arises under the Constitution and laws of the United States, including 42 U.S.C. §§ 1983, 1985, and 1988, and the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671 et seq.
Venue is proper in the Southern District of New York pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claims occurred in this district, and Defendants maintain offices and conduct business here.

## PARTIES

- Plaintiff Ali Moore is a resident of Baltimore, Maryland, and formerly resided in New York City.
- Defendant HBO (Home Box Office, Inc.) is a media company and streaming service, a subsidiary of Warner Bros. Discovery, Inc., responsible for the production and distribution of the series "Velma".
- Defendant Warner Bros. Discovery, Inc. is a Delaware corporation with principal offices in New York and California, and is the parent company of HBO.
- Defendants, the creators and producers of the series "Velma", are individuals and entities responsible for the content and distribution of the series.
- Defendant New York City Police Department (NYPD) is a municipal law enforcement agency operating under the City of New York.
- Defendant NYPD Officers Does 1-10 are unidentified officers who participated in the unlawful conduct alleged herein.
- Defendant Central Intelligence Agency (CIA) is a federal agency headquartered in McLean, Virginia.
- Defendant CIA Agents Does 1-10 are unidentified agents who participated in the unlawful conduct alleged herein.

## FACTUAL ALLEGATIONS

### A. Collaboration and Conspiracy to Violate Plaintiff's Rights

On or about August 26 to August 27, 2024, Defendants HBO, Warner Bros. Discovery, the creators and producers of "Velma", in coordination with the NYPD and the CIA, engaged in a coordinated campaign targeting Plaintiff.

This campaign involved unlawful surveillance, public defamation through media broadcasts and the streaming of "Velma", harassment, and intimidation designed to damage Plaintiff's reputation and mental well-being.

Defendants exploited media platforms and law enforcement powers across state lines, including in Maryland, where Plaintiff currently resides.

Defendants acted under color of state and federal law, abusing their authority to deprive Plaintiff of constitutional protections.

### B. Violations of Civil Rights Statutes and Constitutional Amendments

Defendants' actions violated Plaintiff's rights under:

- The First Amendment (freedom of speech and expression)
- The Fourth Amendment (protection against unreasonable searches and seizures)
- The Fifth Amendment (due process)
- The Eighth Amendment (prohibition of cruel and unusual punishment)
- The Fourteenth Amendment (equal protection and due process)

Defendants violated the Civil Rights Act of 1866, the Civil Rights Act of 1871 (Ku Klux Klan Act), and the Civil Rights Act of 1964 by conspiring to deprive Plaintiff of federally protected rights.

Defendants' conduct constitutes a violation of 42 U.S.C. §§ 1983 and 1985, which prohibit deprivation of rights under color of law and conspiracies to interfere with civil rights.

### C. Violations Under the Federal Tort Claims Act

Defendants CIA and its agents, acting within the scope of their federal employment, committed tortious acts including invasion of privacy, intentional infliction of emotional distress, and negligence, for which the United States is liable under the Federal Tort Claims Act.

### D. Harm to Plaintiff

As a direct and proximate result of Defendants' unlawful conduct, Plaintiff suffered:

- Severe emotional distress and mental anguish
- Injury to reputation and good name
- Loss of privacy and security
- Other compensable damages

## CLAIMS FOR RELIEF

Count I: Violation of 42 U.S.C. § 1983 – Deprivation of Constitutional Rights
Count II: Violation of 42 U.S.C. § 1985 – Conspiracy to Interfere with Civil Rights
Count III: Violation of the Civil Rights Act of 1871 (Ku Klux Klan Act)
Count IV: Violation of the Civil Rights Act of 1866
Count V: Violation of the Civil Rights Act of 1964
Count VI: Federal Tort Claims Act – Tortious Conduct by Federal Agents
Count VII: Intentional Infliction of Emotional Distress
Count VIII: Negligence and Gross Negligence
Count IX: Municipal Liability (NYPD)
Count X: Respondeat Superior Liability
Count XI: Violation of the Fourth, Fifth, Eighth, and Fourteenth Amendments

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Award compensatory damages in an amount to be determined at trial;
B. Award punitive damages against Defendants in an amount sufficient to punish and deter;
C. Award costs of suit, including reasonable attorney's fees pursuant to 42 U.S.C. § 1988;
D. Grant injunctive relief prohibiting Defendants from further violations of Plaintiff's rights;
E. Order such other and further relief as the Court deems just and proper.

damages total: 10 Trillion

## DEMAND FOR BENCH TRIAL

Plaintiff demands a bench trial of all causes of action so triable.
Dated: July 9, 2025
Baltimore, Maryland
Respectfully submitted,
Ali Moore
2506 Overland Avenue
Baltimore, Maryland
Tel: 917-821-4909