## CLAIMS FOR RELIEF

Count I: Violation of 42 U.S.C. § 1983 – Deprivation of Constitutional Rights
Count II: Violation of 42 U.S.C. § 1985 – Conspiracy to Interfere with Civil Rights
Count III: Violation of the Civil Rights Act of 1871 (Ku Klux Klan Act)
Count IV: Violation of the Civil Rights Act of 1866
Count V: Violation of the Civil Rights Act of 1964
Count VI: Federal Tort Claims Act – Tortious Conduct by Federal Agents
Count VII: Intentional Infliction of Emotional Distress
Count VIII: Negligence and Gross Negligence
Count IX: Municipal Liability (NYPD)
Count X: Respondeat Superior Liability
Count XI: Violation of the Fourth, Fifth, Eighth, and Fourteenth Amendments

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Award compensatory damages in an amount to be determined at trial;
B. Award punitive damages against Defendants in an amount sufficient to punish and deter;
C. Award costs of suit, including reasonable attorney's fees pursuant to 42 U.S.C. § 1988;
D. Grant injunctive relief prohibiting Defendants from further violations of Plaintiff's rights;
E. Order such other and further relief as the Court deems just and proper.

damages total: 10 Trillion

## DEMAND FOR BENCH TRIAL

Plaintiff demands a bench trial of all causes of action so triable.
Dated: July 9, 2025
Baltimore, Maryland
Respectfully submitted,
Ali Moore
2506 Overland Avenue
Baltimore, Maryland
Tel: 917-821-4909



## CLAIMS FOR RELIEF
Count I: Violation of 42 U.S.C. § 1983 – Deprivation of Constitutional Rights
Count II: Violation of 42 U.S.C. § 1985 – Conspiracy to Interfere with Civil Rights
Count III: Violation of the Civil Rights Act of 1871 (Ku Klux Klan Act)
Count IV: Violation of the Civil Rights Act of 1866
Count V: Violation of the Civil Rights Act of 1964
Count VI: Federal Tort Claims Act – Tortious Conduct by Federal Agents
Count VII: Intentional Infliction of Emotional Distress
Count VIII: Negligence and Gross Negligence
Count IX: Municipal Liability (NYPD)
Count X: Respondeat Superior Liability
Count XI: Violation of the Fourth, Fifth, Eighth, and Fourteenth Amendments

## PRAYER FOR RELIEF
WHEREFORE, Plaintiff respectfully requests that this Court:
A. Award compensatory damages in an amount to be determined at trial;
B. Award punitive damages against Defendants in an amount sufficient to punish and deter;
C. Award costs of suit, including reasonable attorney's fees pursuant to 42 U.S.C. § 1988;
D. Grant injunctive relief prohibiting Defendants from further violations of Plaintiff's rights;
E. Order such other and further relief as the Court deems just and proper.

damages total: 10 Trillion

## DEMAND FOR BENCH TRIAL
Plaintiff demands a bench trial of all causes of action so triable.
Dated: July 9, 2025
Baltimore, Maryland
Respectfully submitted,
Ali Moore
2506 Overland Avenue
Baltimore, Maryland
Tel: 917-821-4909

07/30/25 ali Moore

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Award compensatory damages in an amount to be determined at trial;
B. Award punitive damages against Defendants in an amount sufficient to punish and deter;
C. Award costs of suit, including reasonable attorney's fees pursuant to 42 U.S.C. § 1988;
D. Grant injunctive relief prohibiting Defendants from further violations of Plaintiff's rights;
E. Order such other and further relief as the Court deems just and proper.

2 Trillion

DEM...

Plaintiff demands a bench tr...
Dated: July 9, 2025
Baltimore, Maryland
Respectfully submitted,
Ali Moore
06 Overland Avenue
Baltimore, Maryland
Tel: 917-821-4909

*/s/ Ali Moore*

Baltimore
Tel: 917-

07/30/25

---

Ali Moore, Plaintiff
[Contact Information]

Note:

- This draft is for educational and illustrative purposes only.
- For actual filing, consult a licensed attorney to ensure compliance with local rules and to strengthen your case with factual evidence, especially regarding CIA involvement.
- The claim for $2 trillion is highly unusual and unlikely to be granted; courts typically award damages based on actual harm and statutory limits.

Let me know if you need this tailored further or in another format!

07/30/25 */s/ Ali Moore*



D. Grant injunctive relief prohibiting Defendants from f...
rights;

rights.

20. Defendants' conduct constitutes a violation of 42 U.S.C. §§ 1983 and 1985, which prohibit deprivation of rights under color of law and conspiracies to interfere with civil rights.

### C. Harm to Plaintiff

21. As a direct and proximate result of Defendants' unlawful conduct, Plaintiff suffered:
- Severe emotional distress and mental anguish
- Injury to reputation and good name
- Loss of privacy and security
- Other compensable damages

### CLAIMS FOR RELIEF

Count I: Violation of 42 U.S.C. § 1983 – Deprivation of Constitutional Rights
Count II: Violation of 42 U.S.C. § 1985 – Conspiracy to Interfere with Civil Rights
Count III: Violation of the Civil Rights Act of 1871 (Ku Klux Klan Act)
Count IV: Intentional Infliction of Emotional Distress
Count V: Negligence and Gross Negligence
Count VI: Municipal Liability (City of New York and NYPD)
Count VII: Respondeat Superior Liability
Count VIII: Violation of New York State Constitution (where applicable)
Count IX: Violation of the Fourth, Fifth, Eighth, and Fourteenth Amendments

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:
A. Award compensatory damages in an amount to be determined at trial;
B. Award punitive damages against Defendants in an amount sufficient to punish and deter;
C. Award costs of suit, including reasonable attorney's fees pursuant to 42 U.S.C. § 1988;
D. Grant injunctive relief prohibiting Defendants from further violations of Plaintiff's rights;
E. Order such other and further relief as the Court deems just and proper.

2 Trillion

### DEMAND FOR BENCH TRIAL

Plaintiff demands a bench trial of all causes of action so triable.
Dated: July 9, 2025
Baltimore, Maryland
Respectfully submitted,
Ali Moore
2506 Overland Avenue
Baltimore, Maryland
Tel: 917-821-4909

07/30/25  *Ali Moore*

E. Grant relief for hardship status;

F. Order such other and further relief as the Court deems just and proper.

### DEMAND FOR BENCH TRIAL

Plaintiff demands a bench trial of all causes of action so triable.

<u>Dated</u>: July 10, 2025

<u>Baltimore, Maryland</u>

<u>Respectfully submitted,</u>

Ali Moore

2506 Overland Avenue

Baltimore, Maryland

Tel: 917-821-4909

<u>Note</u>:

- This draft is for educational and illustrative purposes only.
- For actual filing, consult a licensed attorney to ensure compliance with federal rules and to strengthen your case with factual evidence.
- Under the FTCA, you must first file an administrative claim with the relevant federal agency before filing suit in federal court.
- A claim for $2 trillion is extremely unusual and unlikely to be granted; courts award damages based on actual harm and statutory limits.

Let me know if you need further customization or have more details to add!

07/30/25 ali Moore

Ali Moore, Plaintiff
[Contact Information]
Note:

- This draft is for educational and illustrative purposes only.
- For actual filing, consult a licensed attorney to ensure compliance with local rules and to strengthen your case with factual evidence, especially regarding CIA involvement.
- The claim for $2 trillion is highly unusual and unlikely to be granted; courts typically award damages based on actual harm and statutory limits.

Let me know if you need this tailored further or in another format!

07/30/25 ali Moore

E. Grant relief for hardship status;

F. Order such other and further relief as the Court deems just and proper.

## DEMAND FOR BENCH TRIAL

Plaintiff demands a bench trial of all causes of action so triable.

<u>Dated</u>: July 10, 2025

<u>Baltimore, Maryland</u>

<u>Respectfully submitted,</u>

Ali Moore

2506 Overland Avenue

Baltimore, Maryland

Tel: 917-821-4909

<u>Note</u>:

- This draft is for educational and illustrative purposes only.
- For actual filing, consult a licensed attorney to ensure compliance with federal rules and to strengthen your case with factual evidence.
- Under the FTCA, you must first file an administrative claim with the relevant federal agency before filing suit in federal court.
- A claim for $2 trillion is extremely unusual and unlikely to be granted; courts award damages based on actual harm and statutory limits.

Let me know if you need further customization or have more details to add!

07/30/25 *ali Moore*